IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RICHARD ALLEN KNIGHT<br><br>　　　　　　　Defendant. | **8:17CR368**<br><br>ORDER |

　　　　This matter is before the court on the Defendant's Unopposed Motion to Continue Trial [32]. The defendant has a motion to dismiss pending. Counsel is seeking additional time to resolve this matter short of trial based on the ruling of the motion. For good cause shown,

　　　　**IT IS ORDERED** that the Defendant's Unopposed Motion to Continue Trial [32] is granted as follows:

　　　　1. The jury trial, now set for April 3, 2018, is continued to **May 29, 2018.**

　　　　2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 29, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

　　　　Dated this 30th day of March, 2018.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Susan M. Bazis
　　　　　　　　　　　　　　　　　　United States Magistrate Judge