IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD ALLEN KNIGHT,<br><br>Defendant. | 8:17CR368<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Richard H. McWilliams to withdraw as counsel for the defendant, Richard Allen Knight (Filing No. 123). Renee L. Mathias has filed an entry of appearance as retained counsel for Richard Allen Knight. Therefore, Richard H. McWilliams' motion to withdraw (Filing No. 123) will be granted.

Richard H. McWilliams shall forthwith provide Renee L. Mathias any discovery materials provided to the defendant by the government and any such other materials obtained by Richard H. McWilliams which are material to Richard Allen Knight's defense.

The clerk shall provide a copy of this order to Renee L. Mathias.

**IT IS SO ORDERED.**

Dated this 1st day of September, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge